DORA GOLDBERG, Respondent, v. CONEY ISLAND AND GRAVESEND RAILWAY COMPANY, Appellant.— Judgment and order· unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

LOUIS H. GREEN and COMMONWEALTH FISHERIES COMPANY, Respondents, v. THE CONTINENTAL INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. We think the evidence, viewed most favorably for the defendant, presented a question of fact whether the loss of the vessel was due to a peril insured against, and whether the vessel was seaworthy at the beginning of the voyage. These questions were submitted to the jury in a charge to which defendant took no exception, and the court charged every request presented by defendant. We see no reason for interfering with the verdict. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

LOUIS H. GREEN and Another, Respondents, v. SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs, upon authority of *Green* v. *Globe & Rutgers Fire Ins. Co.* (200 App. Div. 343), decided herewith. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

JOSEPH GUERRIERI, Respondent, v. SUSIE E. DRINKWATER, Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs.· No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

HENRY B. HARDENBURG and CHARLES J. TIENSCH, Copartners, etc., Respondents, v. ISIDOR SMULLYAN, Appellant.— Order denying motion to vacate attachment reversed, with ten dollars costs and disbursements, and motion to vacate attachment granted, with ten dollars costs, upon the ground that ·there were not sufficient facts presented to justify the inference that defendant had departed from the State with intent to defraud his creditors, and that there was, therefore, no basis for the warrant of attachment. (*O'Rourke* v. *Rankin*, 193 App. Div. 494.) Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

MORRIS R. HOROVITZ, Respondent, v. LOUIS FAGNANT, INC., a Domestic Corporation, Defendant. ELLEN V. SCHRAEDER and AMELIA E. SCHNELLER. Purchasers, Appellants; ELIZABETH SCHAPIRO, Respondent.— Order reversed with ten dollars costs and disbursements, and motion to vacate the previous order denied, with ten dollars costs. Upon delivery of the deed by the referee in foreclosure to the purchasers they became entitled to possession of the premises. (*Kilpatrick* v. *Argyle Co., Inc.*, 199 App. Div. 753. See, also, section 1675 of the Code, now section 985 of the Civil Practice Act; sections 1632 and 1671 of the Code, now sections 1085 and 121 of the Civil Practice Act.) Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

MARTIN HUNT, Respondent, v. FRANK ALTZ, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.